# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Devin Lampkin,

    Petitioner

v.

High Desert State Prison, et al.,

    Respondents

Case No.: 2:23-cv-001997-JAD-EJY

**Order Granting Motion to Extend Deadline to File Petition**

[ECF No. 13]

    Petitioner Devin Lampkin seeks an extension of time to file his first amended petition.[1] I find the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

    IT IS THEREFORE ORDERED that Lampkin's unopposed first motion for extension of time **[ECF No. 13] is GRANTED.** Lampkin has **until November 5, 2024, to file his first amended petition.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 20, 2024, *nunc pro tunc* to August 6, 2024

---

[1] ECF No. 13.