**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Devin Lampkin,

    Petitioner,

v.

High Desert State Prison, et al.,

    Respondents.

Case No: 2:23-cv-001997-JAD-EJY

**Order Granting Petitioner's Motion for Extension of Time to File Second Amended Petition (First Request)**

[ECF No. 24]

Petitioner Devin Lampkin moves for a 91-day extension of time, up to an including April 7, 2025, to file a second amended petition (first request) due to his counsel's caseload and for completion of investigation of claims contemplated for the second-amended petition.[1] Respondents concede that the caseload of Lampkin's counsel warrants an extension of time, but object to the length of the requested extension and to the Court granting the motion for the purpose of completing the investigation of unexhausted claims.[2] Lampkin filed a reply in support of the motion.[3] Given the recent order granting Lampkin leave to file a second-amended petition and the caseload of Lampkin's counsel, I find the motion is made in good faith and not solely for the purpose of delay and that good cause exists to grant the motion.

IT IS THEREFORE ORDERED that Petitioner Devin Lampkin's motion for a 91-day extension of time (first request) **[ECF No. 24] is GRANTED**. Petitioner has until **April 7, 2025, to file his second amended petition.**

                                                              _____
U.S. District Judge Jennifer A. Dorsey
Dated: January 8, 2025

---

[1] ECF No. 24.
[2] ECF No. 25.
[3] ECF No. 26.