UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Devin Lampkin,<br><br>    Petitioner<br><br>v.<br><br>High Desert State Prison, et al.,<br><br>    Respondents | Case No.: 2:23-cv-001997-JAD-EJY<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 29] |

    Petitioner Devin Lampkin seeks an extension of time to file his second amended petition due to his counsel's caseload and for completion of investigation of claims contemplated for the second amended petition.[1] While respondents do not oppose an extension based on workload, they object to Lampkin engaging in new investigation as a circumvention of Rule 6 of the Rules Governing § 2254 Cases requiring leave to conduct discovery.[2] Lampkin asserts that his investigation is not implicated by Rule 6.[3]

    I find the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion. Lampkin is advised that workload will not be good cause for a third extension of this deadline.

    IT IS ORDERED that Lampkin's second motion for extension of time **[ECF No. 29] is GRANTED.** Lampkin has **until June 6, 2025, to file his second amended petition.**

                                                        _____
                                                        U.S. District Judge Jennifer A. Dorsey
                                                        Dated: May 18, 2025

---

[1] ECF No. 29.
[2] ECF No. 30.
[3] ECF No. 31.