UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Devin Lampkin, | Case No.: 2:23-cv-001997-JAD-EJY |
|---|---|
| Petitioner, | **Order Granting Motions to Extend** |
| v. | [ECF No. 33, 37] |
| High Desert State Prison, et al., | |
| Respondents. | |

Petitioner Devin Lampkin seeks an extension of time to file his second amended petition due to his counsel's caseload and for completion of investigation of claims contemplated for the second amended petition.[1] Respondents seek an extension of time to file their response to Lampkin's second amended petition.[2] I find the requests are made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motions.

IT IS THEREFORE ORDERED that Lampkin's third motion for extension of time **[ECF No. 33] is GRANTED** *nunc pro tunc* to June 6, 2025.

IT IS FURTHER ORDERED that Respondents' unopposed first motion for extension of time **[ECF No. 37] is GRANTED**. Respondents have until **November 4, 2025**, to file their response to Lampkin's second amended petition.

_____
U.S. District Judge Jennifer A. Dorsey
October 8, 2025

---

[1] ECF No. 33.
[2] ECF No. 37.