UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Devin Lampkin,

    Petitioner,

v.

High Desert State Prison, et al.,

    Respondents.

Case No.: 2:23-cv-001997-JAD-EJY

**Order Granting Motions to Extend**

[ECF No. 39, 47]

Respondents seek an extension of time to file their response to Petitioner Devin Lampkin's second-amended petition.[1] Lampkin seeks an extension of time to file his opposition to Respondents' motion to dismiss.[2] I find the requests are made in good faith and not solely for the purpose of delay, so good cause exists to grant the motions.

IT IS ORDERED that Respondents' unopposed second motion for extension of time **[ECF No. 39] is GRANTED** *nunc pro tunc* to November 4, 2025.

IT IS FURTHER ORDERED that Petitioner's unopposed first motion for extension of time **[ECF No. 47] is GRANTED**. Lampkin has until **January 23, 2026**, to file his opposition.

    _____
    U.S. District Judge Jennifer A. Dorsey
    Dated: December 10, 2025

---

[1] ECF No. 39.
[2] ECF No. 47.