**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Devin Lampkin,

     Petitioner

v.

High Desert State Prison, et al.,

     Respondents

Case No.: 2:23-cv-001997-JAD-EJY

**Order Granting Motion to Extend Time**

[ECF No. 49]

Lampkin seeks an extension of time to file his opposition to respondents' motion to dismiss.[1]  I find that the requests are made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motions.

IT IS ORDERED that the petitioner's unopposed second motion for extension of time **[ECF No. 49] is GRANTED**.  Lampkin has until **March 24, 2026**, to file his opposition.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 10, 2026

---

[1] ECF No. 49.