**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Devin Lampkin, | Case No.: 2:23-cv-001997-JAD-EJY |
| Petitioner, | **Order Granting Motions to Extend** |
| v. | [ECF Nos. 52, 53] |
| High Desert State Prison, et al., | |
| Respondents. | |

The respondents seek an extension of time to file their reply in support of their motion to dismiss.[1] I find the requests are made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motions.

IT IS ORDERED that the respondents' unopposed first motion for extension of time **[ECF No. 52] is GRANTED** *nunc pro tunc*.

It is further ordered that the respondents' unopposed second motion for extension of time **[ECF No. 53] is GRANTED**. The respondents have until **May 7, 2026**, to file their reply.

_____
U.S. District Judge Jennifer A. Dorsey
May 5, 2026

---

[1] ECF Nos. 52, 53.