**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Devin Lampkin,

Petitioner,

v.

High Desert State Prison, et al.,

Respondents.

Case No.: 2:23-cv-001997-JAD-EJY

**Order Dismissing Unexhausted Ground 3 and Setting Briefing Schedule**

[ECF No. 57]

Petitioner Devin Lampkin brings this counseled second amended 28 U.S.C. § 2254 federal habeas petition.[1] I granted respondents' motion to dismiss in part, finding Ground 3 unexhausted, and I instructed Lampkin to choose one of three options for proceeding in this case.[2] Lampkin filed a motion and a declaration indicating his desire to abandon Ground 3 and proceed on the remaining grounds for relief.[3]

IT IS ORDERED that **Lampkin's motion for dismissal of ground 3 [ECF No. 57] is GRANTED**. **Ground 3 is DISMISSED without prejudice** as unexhausted.

IT IS FURTHER ORDERED that respondents have until **December 1, 2026, to file their answer** to the second amended petition. Lampkin will have 30 days from date of service of the answer to file a reply.

U.S. District Judge Jennifer A. Dorsey
October 2, 2026

---

[1] ECF No. 35.

[2] ECF No. 56.

[3] ECF No. 57.